# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| LOUIS CHARLES BUNDAGE, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-03-5089 |
| | § | |
| TUBOSCOPE VARCO | § | |
| INTERNATIONAL ("VETCO"), *et al.,* | § | |
|     Defendants. | § | |

## ORDER

By Order entered May 30, 2007 [Doc. # 50], the Court ordered Plaintiff Louis Charles Bundage not to file additional motions in this case that has been closed since November 7, 2003. By Order entered June 7, 2007 [Doc. # 52], the Court again ordered Plaintiff not to file additional motions in this closed case and advised him that future motions could be stricken from the record. For these reasons, it is hereby

**ORDERED** that the "Motion to Aware, the Judicial Authority of an Worsening, Crippling and Paralizing Physical Condition and Request of an Weekly Benefit Payment or Compensation for the on the Job Injuries" [Doc. # 66], "Motion to Notify, Tuboscope Vetco/Varco International and the Judicial Authority, of an Worsening Life Threatening, Crippling and Paralizing Physical Condition and Request, of an Weekly Benefit Payment or Compensation, for the on the Job Accidental Injuries" [Doc. # 67],

"Motion to Request, that an Court Order be issued, for Tuboscope Vetco/Varco International and or the Texas Worker's Compensation Commission and Defendants, Pay the Benefits, of the Previous Motion After Motioning for Judgement on Pleadings, for Benefits and the Defendants, Fail to Respond" [Doc. # 68], "Motion to State and Request, the Benefits of the Pleadings . . . Which the Defendants, Fail to Respond or Answer, too as Responsible Parties of the Compensation" [Doc. # 69], and "Motion for Judgement on Pleadings . . . of Previous Motions, for Benefits, and Request the Court Enter Judgement, for Relief on the Grounds of the Defendants – Failure to Respond and Grant an Court Order, to Command the Texas Worker's Compensation Commission to Pay the Benefits" [Doc. # 70] are **STRICKEN**.

SIGNED at Houston, Texas, this **27th** of **November, 2007.**

_____
Nancy F. Atlas
United States District Judge